UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**MAYER ROSENBERG,**

                       **Plaintiff,**

          -v-                                   Civil Case Number:  1:21-cv-02971-ENV-CLP

**FBCS, INC.,**

                       **Defendant.**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:        June 8, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*

Application Granted
SO ORDERED
Brooklyn, New York
Dated: ___6/9/2021___

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge